# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** <br> Trustee <br> **Bonnie Baker, Esq.** <br> Assoc. Attorney | Telephone: (518) 449-2043 <br> Facsimile: (518) 449-2473 | For payments Only: <br> P.O Box 1918 <br> Memphis, TN 38101-1918 |

March 15, 2010

Lori – Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

**FILED**

**MAR 1 6 2010**

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re:    07-60871        Delores D. Erb

To Whom It May Concern:

3/16/10 mp

Enclosed please find check #920442 in the amount of $.01 representing an overpayment by the debtors in this case and have attempted to distribute funds. The debtors have failed to cash checks. All attempts to contact and forward checks have been unsuccessful.

Claim No.        Debtor refund

Account#

Creditor        Delores D. Erb
                165 Spring Street
                Gloversville, NY 12078

Very truly yours,

/s/Cheryl Corning
Cheryl Corning
Office of Andrea Celli